**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Rudy B. Duarte

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY B. DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:06cv1252 AWI (NEW) DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    Plaintiff can not meet the deadline for filing plaintiff's opening brief which is due on March 15, 2007, and is therefore requesting that Plaintiff shall have until April 15, 2007 in which to file his opening brief.

Dated: March __15__, 2007    /s/ Robert Ishikawa
                                                     _____
                                                     ROBERT ISHIKAWA
                                                     Attorney for Plaintiff, Rudy B. Duarte

Dated: March __15__, 2007    /s/ Deborah Lee Stachel
                                                     _____
                                                   SHEA LITA BOND
                                                   Assistant Regional Council

    IT IS SO ORDERED.

      **Dated:  March 16, 2007**            **/s/ Dennis L. Beck**
9b0hie                                               UNITED STATES MAGISTRATE JUDGE